| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com<br>MATTHEW T. KLINE (S.B. #211640) |
| 3 | mkline@omm.com<br>DAVID J. MARROSO (S.B. #211655) |
| 4 | dmarroso@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067-6035 |
| 6 | Telephone:  (310) 553-6700 |
| 7 | Facsimile:   (310) 246-6779 |
| 8 | Attorneys for Plaintiffs Colony Capital, LLC<br>and Colony Investors IV, L.P. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:11-cv-07235 R (AGRx)<br><br>**PROOF OF SERVICE**<br><br>NOTICE OF MOTION, SUPPORTINMEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION PENDING DECLARATORY RELIEF ACTION, DECLARATIONS OF RICHARD WELCH AND DANIEL M. PETROCELLI, AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH<br><br>Hearing Date: October 3, 2011<br>Time:           10:00 a.m.<br>Courtroom:   8<br><br>Honorable Manuel L. Real |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| DAVID MARROSO, Bar #211655<br>O'MELVENY & MYERS LLP<br>1999 AVENUE OF THE STARS<br>7TH FLOOR<br>LOS ANGELES, CA 90067<br>Telephone No: (310)553-6700   FAX No: (310)246-6779 | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>1000334 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | | | |
| Plaintiff: COLONY CAPITAL, LLC, ETC.<br>Defendant: THE NATIONAL RETIREMENT FUND | | | | |
| **PROOF OF SERVICE**<br>**DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:11-CV-07235 R (AGRX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice Of Motion For Preliminary Injunction Pending Declaratory Relief Action; Memorandum Of Points And Authorities In Support Of Motion For Preliminary Injunction Pending Declaratory Relief Action; Declaration Of Daniel M. Petrocelli In Support Of Motion For Preliminary Injunction Pending Declaratory Relief Action; Declaration Of Richard Welch In Support Of Motion For Preliminary Injunction Pending Declaratory Relief Action; [Proposed] Order Granting Motion For Preliminary Injunction Pending Declaratory Relief Action; Proof Of Service Re: Notice Of Order

3. a. Party served:          NATIONAL RETIREMENT FUND C/O ALICARE, INC.
   b. Person served:        MARK SCHWARTZ, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   333 WESTCHESTER AVENUE
                                          WHITE PLAINS, NY 10604

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Sep. 02, 2011 at: 3:20PM, to the person(s) indicated in the manner provided in 1011 CCP.
      MARK SCHWARTZ, AUTHORIZED TO ACCEPT SERVICE.
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DENNIS MEEHAN                           d. *The Fee for Service was:*
   b. **SERVICE PROVIDED FOR:**               e. I am: not a registered California process server
      NATIONWIDE LEGAL, LLC (LA6771)
      1609 JAMES M WOOD BLVD.
      LOS ANGELES, CA 90015
   c. (213) 249-9999

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Tue, Sep. 06, 2011*

   Judicial Council Form              PROOF OF SERVICE              (DENNIS MEEHAN)
   Rule 2.150.(a)&(b) Rev January 1, 2007   DELIVERY                  1000334  .davma.182080

Caires Constable Services
118 Abbotts Crossing Rd
Coventry, RI.  02816
401-821-6321
CairesMA@yahoo.com

## Affidavit of Service

Case# 2:11-cv-07235 R (AGRx)
Colony Capital, LLC, a Delaware limited Liability company, and Colony Investors IV, L.P., a Delaware limited partnership
vs.
The National Retirement Fund, and Does 1 through 10, inclusive,

I, Michael Caires being duly sworn,, depose and say that on the 2nd of September, 2011 at 15:55pm., executed service by delivering a true copy of a Declarations and motions with exhibits in accordance with state statutes in the manner marked below:

() Individual Service: Served the within-named person
(X)  Substitute Service: to an agent for service Richard Rust
()  Posted Service:
()  Non Service for reasons listed below.

Comments  Served Mr. Richard Rust on behalf of The National Retirement Fund, locate at 6 Blackstone Valley Place, Ste. 302  in Lincoln RI.  02865.  Mr. Rust stated that he is able to accept on behalf of the company.  Mr. Rust is described as a 62 Year old Cauc. male 6'1"tall, 200lbs., with blue eyes and salt and pepper hair.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2nd day of September, 2011, by the affiant who is personally known to me

Shirley Caires
Notary#47352  Exp 12/11/12

Process Server # 6007
Appointed in accordance with State Statues