1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MATTHEW T. KLINE (S.B. #211640)
3  mkline@omm.com
   DAVID J. MARROSO (S.B. #211655)
4  dmarroso@omm.com
   O'MELVENY & MYERS LLP
5  1999 Avenue of the Stars, 7th Floor
   Los Angeles, CA 90067-6035
6  Telephone: (310) 553-6700
7  Facsimile: (310) 246-6779
   *Attorneys for Plaintiffs Colony Capital LLC
8  and Colony Investors IV, L.P.*

9  RONALD RICHMAN (*pro hac vice* pending)
   Ronald.Richman@srz.com
10 SCHULTE ROTH & ZABEL LLP
11 919 Third Avenue
   New York, NY 10022
12 Telephone: (212) 756-2000
   Facsimile: (212) 593-5955
13 *Attorneys for Defendant The National
   Retirement Fund* (Additional counsel listed
14 on next page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:11-cv-07235 R (AGRx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION PENDING DECLARATORY RELIEF ACTION**<br><br>Honorable Manuel L. Real |

1 | (continued from previous page)

2 | PATRICIA GLASER (S.B. #55668)
3 | pglaser@glaserweil.com
  | JILL BASINGER (S.B. #195739)
4 | jbasinger@glaserweil.com
  | GLASER, WEIL, FINK, JACOBS,
5 | HOWARD, AVCHEN & SHAPIRO LLP
  | 10250 Constellation Blvd 19FL
6 | Los Angeles, CA 90067
7 | Telephone: (310) 553-3000
  | Facsimile: (310) 556-2920
8 | *Attorneys for Defendant The National Retirement Fund*
9 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -    [PROPOSED] ORDER RE SCHEDULING

# [PROPOSED] ORDER

Good cause appearing, and upon the stipulation of Plaintiffs Colony Capital, LLC and Colony Investors IV, L.P. ("the Colony Parties") and Defendant National Retirement Fund ("the Fund") it is hereby ORDERED that:

1.  The parties shall confer during the week of September 12, 2011 to discuss (a) the scope and timing of the limited, expedited, bilateral discovery to be taken, and (b) a new briefing schedule, in accordance with the Court's rules, on the preliminary injunction motion that the Colony Parties will refile;

2.  The Colony Parties shall have fifteen (15) days after (a) the Court rules on the Preliminary Injunction Motion that the Colony Parties intend to refile or (b) the refiled Preliminary Injunction Motion is otherwise disposed of, to initiate an arbitration pursuant to 29 U.S.C. § 1401, *et seq*. concerning the withdrawal liability determination made by the Fund under 29 U.S.C. §§ 1381-99 (and during this time period any requirement to file such an arbitration will be tolled);

3.  Until (a) 15 days after the Court rules on the Colony Parties' refiled Preliminary Injunction Motion or (b) 15 days after the Colony Parties' refiled Preliminary Injunction Motion is otherwise disposed of, the Fund shall not request any payments or seek to accelerate, declare a default, or file a collection or other action or arbitration against the Colony Parties with respect to any withdrawal liability assessment the Fund has made against the Colony Parties, *e.g.*, 29 U.S.C. §§ 1399(c)(5); 1451(b), 1145, 1132(g)(2); 29 C.F.R. § 4219.31(b), 4219.31(c)(1);

4.  The Parties shall confer during the week of September 12, 2011, to discuss other means and procedures to expedite an efficient resolution of their dispute.

IT IS SO ORDERED.

Dated: _____        _____
                                      The Honorable Manuel L. Real
                                      Judge, United States District Court

[PROPOSED] ORDER RE SCHEDULING