| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com<br>MATTHEW T. KLINE (S.B. #211640) |
| 3 | mkline@omm.com<br>DAVID J. MARROSO (S.B. #211655) |
| 4 | dmarroso@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035 |
| 6 | Telephone: (310) 553-6700 |
| 7 | Facsimile: (310) 246-6779 |
| 8 | *Attorneys for Plaintiffs Colony Capital LLC<br>and Colony Investors IV, L.P.* |
| 9 | RONALD RICHMAN (*pro hac vice* pending) |
| 10 | Ronald.Richman@srz.com<br>SCHULTE ROTH & ZABEL LLP |
| 11 | 919 Third Avenue<br>New York, NY 10022 |
| 12 | Telephone: (212) 756-2000 |
| 13 | Facsimile: (212) 593-5955<br>*Attorneys for Defendant The National* |
| 14 | *Retirement Fund* (Additional counsel listed<br>on next page) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:11-cv-07235 R (AGRx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: September 1, 2011<br>Current response date: September 22, 2011<br>New response date: October 14, 2011<br><br>Honorable Manuel L. Real |

STIPULATION TO EXTEND TIME

1  (continued from previous page)

2  PATRICIA GLASER (S.B. #55668)
3  pglaser@glaserweil.com
   JILL BASINGER (S.B. #195739)
4  jbasinger@glaserweil.com
   GLASER, WEIL, FINK, JACOBS,
5  HOWARD, AVCHEN & SHAPIRO LLP
   10250 Constellation Blvd 19FL
6  Los Angeles, CA 90067
7  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
8  *Attorneys for Defendant The National Retirement Fund*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -   STIPULATION TO EXTEND TIME

**JOINT STIPULATION PURSUANT TO LOCAL RULE 8-3**

WHEREAS, on September 1, 2011, Plaintiffs Colony Capital, LLC and Colony Investors IV, L.P. ("the Colony Parties") filed a Complaint for Declaratory Relief in the above-captioned action (the "Complaint");

WHEREAS, the National Retirement Fund's (the "Fund's") answer and/or motion in response to the Complaint is currently due on September 22, 2011;

NOW THEREFORE, the undersigned parties hereby STIPULATE that:

1. The time within which the Fund may answer or otherwise respond to the Complaint shall be extended to and including October 14, 2011.

2. Nothing herein shall waive the parties' respective claims, defenses or other arguments.

3. This is the first extension the Fund has requested to answer or otherwise respond to the Complaint.

Dated: September 12, 2011          Respectfully Submitted,

                                   By:  /s/ Daniel M. Petrocelli
                                   DANIEL M. PETROCELLI
                                   O'MELVENY & MYERS LLP
                                   Attorneys for the Colony Parties

Dated: September 12, 2011          Respectfully Submitted,

                                   By:  /s/ Ronald Richman
                                   RONALD RICHMAN
                                   SCHULTE ROTH & ZABEL LLP
                                   Attorneys for The Fund

Dated: September 12, 2011          Respectfully Submitted,

                                   By:  /s/ Patricia Glaser
                                   PATRICIA GLASER
                                   JILL BASINGER
                                   GLASER, WEIL, FINK, JACOBS,
                                   HOWARD, AVCHEN & SHAPIRO, LLP
                                   Attorneys The Fund