DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
DAVID J. MARROSO (S.B. #211655)
dmarroso@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Plaintiffs Colony Capital LLC
and Colony Investors IV, L.P.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:11-cv-07235 R (AGRx)<br><br>**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF THE COLONY PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION PENDING DECLARATORY RELIEF ACTION**<br><br>Honorable Manuel L. Real |

# NOTICE OF WITHDRAWAL

Pursuant to Local Rule 7-16, and pursuant the parties' Joint Stipulation Regarding Scheduling Of Plaintiffs' Motion For Preliminary Injunction Pending Declaratory Relief Action and [Proposed] Order regarding the same, both of which the parties have filed this same day (September 12, 2011), the Colony Parties hereby withdraw, without prejudice, The Colony Plaintiffs' Motion for Preliminary Injunction Pending Declaratory Relief Action (Docket No. 5, in the above-captioned case).  The Colony Parties will re-file their Preliminary Injunction Motion and notice it to be heard on November 7, 2011.

Dated:  September 12, 2011              Respectfully Submitted,

By:   /s/ Daniel M. Petrocelli
DANIEL M. PETROCELLI
O'MELVENY & MYERS LLP
Attorneys for Plaintiffs Colony
Capital LLC and Colony Investors
IV, L.P.