PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
JILL BASINGER - State Bar No. 195739
jbasinger@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendant
The National Retirement Fund

RONALD E. RICHMAN (*pro hac vice pending*)
ronald.richman@srz.com
HOLLY H. WEISS (*pro hac vice pending*)
holly.weiss@srz.com
JILL L. GOLDBERG (*pro hac vice pending*)
jill.goldbergmintzer@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022-3902
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys for Defendant
The National Retirement Fund

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>            Plaintiff,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: CV 11-07235-R (AGRx)<br><br>Hon. Manuel L. Real<br><br>**DECLARATION OF RONALD E. RICHMAN IN SUPPORT OF DEFENDANT THE NATIONAL RETIREMENT FUND'S MOTION TO DISMISS FOR IMPROPER VENUE OR TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A) OR 1406(A)**<br><br>DATE: October 17, 2011<br>TIME: 10:00 a.m.<br>COURTROOM: 8 |

---

**RICHMAN DECLARATION IN SUPPORT OF DEFENDANT'S VENUE MOTION**

743189

I, RONALD E. RICHMAN, hereby declare and state as follows:

1. I am an attorney at law, licensed to practice before the courts of the state of New York. I am a member of Schulte Roth & Zabel LLP, lead counsel in the above-captioned action, with offices located at 919 Third Avenue New York, NY 10022. I submit this declaration in support of the Motion of Defendant The National Retirement Fund (the "Fund") To Dismiss For Improper Venue or Transfer Venue Pursuant to 28 U.S.C. § 1404(A) or 1406(A). I have personal knowledge of the matters set forth below and, if called upon to testify thereto, I could and would competently do so under oath.

2. During a telephone conversation between me and Daniel M. Petrocelli, of O'Melveny & Meyers LLP ("O'Melveny"), lead counsel for Plaintiffs Colony Capital, LLC and Colony IV, L.P., in or about July or August 2011, Mr. Petrocelli indicated that he regularly conducts business in New York State, including out of O'Melveny's office located at 7 Times Square, New York, New York 10036.

3. According to Plaintiffs' complaint, in 2009, RIH defaulted on a $360 million loan from Column Financial ("Column"), which is a subsidiary of Credit Suisse, and other lenders. (Cmplt. at ¶ 24.) To settle the lenders' claims, the Colony Parties agreed to a "deed in lieu of foreclosure" transaction. (Id. at ¶¶ 22, 24, 27.) At the same time, Colony IV assigned all of its ownership interest in Colony RIH (and, accordingly, RIH) to Nicholas Ribis, who previously owned five percent of Colony RIH, in exchange for no consideration from Mr. Ribis (the "2009 Transaction"). (Id. at ¶¶ 27-28.)

4. Upon information and belief, the 2009 Transaction was negotiated by parties primarily located in New York, New York, where Column has its administrative offices and where all of the following were (at the time of the transaction) located: Column's counsel at Skadden, Arps, Slate, Meagher & Flom LLP's New York City office, the Colony Parties' counsel at Wilkie Farr & Gallagher LLP, Colony Capital's General Counsel (Ronald Sanders) and Mr. Ribis.

1
**RICHMAN DECLARATION IN SUPPORT OF DEFENDANT'S VENUE MOTION**

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the
2  foregoing is true and correct.

5  DATED: September 19, 2011          By: _____
6                                          Ronald E. Richman