PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
JILL BASINGER - State Bar No. 195739
jbasinger@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendant
The National Retirement Fund

RONALD E. RICHMAN (*pro hac vice pending*)
ronald.richman@srz.com
HOLLY H. WEISS (*pro hac vice pending*)
holly.weiss@srz.com
JILL L. GOLDBERG (*pro hac vice pending*)
jill.goldbergmintzer@srz.com
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022-3902
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Attorneys for Defendant
The National Retirement Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 11-07235-R (AGRx)<br><br>Hon. Manuel L. Real<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE OR TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A) OR 1406(A)**<br><br>DATE:         October 17, 2011<br>TIME:          10:00 a.m.<br>COURTROOM:   8 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Defendant the National Retirement Fund's motion to dismiss Plaintiffs' Complaint for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) or to transfer this action pursuant to 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of New York (the "Venue Motion"), came on for hearing before this Court on October 17, 2011. Appearances by counsel were set forth on the record. After consideration of the memoranda filed in support of an in opposition to the Venue Motion, the Court hereby ORDERED that the Defendant's Venue Motion is GRANTED.

IT IS ORDERED THAT:

(1) Venue is not proper in this district under ERISA's applicable venue provision because the NRF is not administered and does not "do business" in this district, as required by ERISA Section 4301(d), 29 U.S.C. § 1451(d). Accordingly, this case is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3) [or, in the alternative, although venue is improper in this district, rather than dismiss this case pursuant to 28 U.S.C. § 1406, this case is transferred to the United States District Court for the Southern District of New York.] or

(2) Venue is proper in this district, but the case is transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a), because venue is proper there, and the transfer will serve the convenience of the parties and witnesses and will promote the interest of justice.

**IT IS SO ORDERED.**

DATED: _____ By:_____
Honorable Manuel L. Real
U.S. District Court Judge

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

**[PROPOSED] ORDER GRANTING DEFENDANT'S VENUE MOTION**