UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-11-7235-R                                                                 Date: SEPTEMBER 21, 2011

Title:   COLONY CAPITAL LLC et al -v- THE NATIONAL RETIREMENT FUND
================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

|  William Horrell   |  None Present  |
|--------------------|----------------|
|  Courtroom Deputy  |  Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the:

Defendant's motion to dismiss or for transfer of venue

is hereby ORDERED <u>CONTINUED</u> FROM OCTOBER 17, 2011 AT 10:00 A.M.

TO OCTOBER 24, 2011 AT 10:00 A.M.  Opposition and Reply papers <u>remain due</u>

as originally set, pursuant to the rules, by the hearing date of October 17, 2011.

The continuation of the hearing <u>DOES NOT</u> move the due dates of

those filings.


cc: counsel of record


MINUTES FORM 11                                                        Initials of Deputy Clerk ___WH____
CIVIL -- GEN