1   DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2   MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3   DAVID J. MARROSO (S.B. #211655)
    dmarroso@omm.com
4   O'MELVENY & MYERS LLP
5   1999 Avenue of the Stars, 7th Floor
    Los Angeles, CA  90067-6035
6   Telephone:  (310) 553-6700
    Facsimile:  (310) 246-6779
7

8   Attorneys for Plaintiffs Colony Capital LLC
    and Colony Investors IV, L.P.
9
                   UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA

11

12  COLONY CAPITAL, LLC, a           Case No.  2:11-cv-07235 R (AGRx)
    Delaware limited liability company,
13  and  COLONY INVESTORS IV,        **DECLARATION OF DANIEL M.**
    L.P., a Delaware limited partnership,  **PETROCELLI IN SUPPORT OF**
14                                    **THE COLONY PLAINTIFFS'**
                                      **OPPOSITION TO DEFENDANTS'**
15           Plaintiffs,              **MOTION TO DISMISS FOR**
                                      **IMPROPER VENUE OR**
16      v.                            **TRANSFER VENUE PURSUANT**
                                      **TO 28 U.S.C. § 1404(A) OR 1406(A)**
17  THE NATIONAL RETIREMENT
    FUND, and DOES 1 through 10,
18  inclusive,                        MEMORANDUM OF POINTS AND
                                      AUTHORITIES AND DECLARATION
19           Defendants.              OF RICHARD WELCH FILED
                                      CONCURRENTLY HEREWITH
20

21

22                                    Hearing Date:  October 24, 2011
                                      Time:          10:00 a.m.
23                                    Courtroom:     8

24                                    Honorable Manuel L. Real

25

26

27

28
                                      PETROCELLI DECLARATION IN SUPPORT
                                      OF  OPPOSITION TO MOTION TO DISMISS

## DECLARATION OF DANIEL M. PETROCELLI

I, DANIEL M. PETROCELLI, hereby declare:

1.      I am an attorney at law, licensed to practice before all courts in the State of California.  I am a partner of O'Melveny & Myers LLP, lead counsel of record in the above-captioned action.  I reside in Los Angeles and work in Century City.  I submit this declaration in support of Plaintiffs Colony Capital LLC ("Colony") and Colony Investors, IV, L.P. ("Colony IV") Opposition to Defendant's Motion to Dismiss for Improper Venue or Transfer Venue Pursuant to 28 U.S.C. § 1404(A) or 1406(A).  I am knowledgeable about the matters set forth below and, if called and sworn as a witness, could and would competently testify thereto.

2.      Attached as Exhibit A is a true and correct copy of the Agreement and Declaration of Trust, UNITE HERE National Retirement Fund, Amended and Restated Effective as of February 3, 2009.

3.      Attached as Exhibit B is a true and correct copy of a letter from Ronald Richman to me, dated September 16, 2011.

4.      Attached as Exhibit C is a true and correct copy of a letter from me to Ronald Richman, dated September 16, 2011.

5.      Attached as Exhibit D is a true and correct copy of a letter from Ronald Richman to me, dated September 20, 2011.

6.      Attached as Exhibit E is a true and correct copy of a letter from Holly Weiss to Matthew Kline, dated September 21, 2011.

7.      Attached as Exhibit F is a true and correct copy of a letter from Matthew Kline to Ronald Richman, dated September 21, 2011.

8.      Attached as Exhibit G is a true and correct copy of a letter from Holly Weiss to Matthew Kline, dated September 22, 2011.

9.      Attached as Exhibit H is a true and correct copy of an email from Anthony DiLello to Holly Weiss, dated September 23, 2011.

PETROCELLI DECLARATION IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS

1        10.    Attached as Exhibit I is a true and correct copy of a letter from Holly

2    Weiss to Anthony DiLello, dated September 24, 2011.

3        11.    Attached as Exhibit J is a true and correct copy of an email from

4    Anthony DiLello to Holly Weiss, dated September 25, 2011.

5        12.    Attached as Exhibit K is a true and correct copy of the Amended

6    Consolidated Complaint for Violation of the Securities Exchange Act of 1934, filed

7    August 9, 2007 in the Central District of California in the case entitled, *In re*

8    *Cooper Companies, Inc. Securities Litigation*, Case No. SACV-06-00169-CJC

9    (RNBx) (the "*Cooper* Case").

10       13.    Attached as Exhibit L is a true and correct copy of the Declaration of

11   Richard N. Rust in Support of Lead Plaintiffs' Motion for Class Certification, filed

12   September 15, 2008 in the Central District of California in the *Cooper* Case.

13       14.    In January 2011, Colony received two letters from the Fund alleging

14   that Resorts incurred a complete withdrawal from the Fund as of December 31,

15   2010.  In March 2011, Colony IV received two identical letters from the Fund—

16   both of which had been sent to the wrong address.  True and correct copies of these

17   letters are attached together as Exhibit M.

18       15.    Attached as Exhibit N is a true and correct copy of excerpts from the

19   deposition of Richard Rust, taken September 23, 2011.

20       16.    Attached as Exhibit O is a true and correct copy of the Order Granting

21   Plaintiffs' Motion for Class Certification, entered on January 6, 2009, in the *Cooper*

22   Case.

23       17.    Attached as Exhibit P is a true and correct copy of the Affirmation of

24   Max Garfield filed in the Southern District of New York on March 1, 2011 in the

25   case entitled, *The Retirement Plan of the UNITE HERE National Retirement Fund*

26   *et al. v. Kombassan Holdings, A.S.*, Case No. 1:06-cv-05861-JSR.

27       18.    Attached as Exhibit Q is a true and correct copy of the Complaint filed

28   by the Trustees of the UNITE HERE National Retirement Fund in the Northern

- 2 -

District of California on July 18, 2006, in the case entitled, *Trustees of the UNITE HERE National Retirement Fund v. San Francisco Sewing Association*, Case No. 3:06-cv-04394-MMC.

19.    Attached as Exhibit R is a true and correct copy of a Notice of Funding Status for the UNITE HERE National Retirement Fund, which my colleagues located through at the U.S. Department of Labor website at www.dol.gov/ebsa/pdf/e-notice06080924.pdf.

20.    Attached as Exhibit S is a true and correct copy of an excerpt of a U.S. Department of Labor Form Report for the UNITE HERE Local Union in Los Angeles, California, which my colleagues located.  We highlighted portions of page 50, which indicate that the Local Union of UNITE HERE located within the Central District of California participates in the administration of the National Retirement Fund.

21.    Attached as Exhibit T is a true and correct copy of a print out of a webpage of the UNITE HERE Local 11 Union, which my colleagues located at http://www.unitehere11.org.

22.    Attached as Exhibit U are true and correct copies of a profile of the Yucaipa Companies, LLC from the Bloomberg Businessweek website, located at http://investing.businessweek.com; a printout of the Yucaipa Companies, LLC homepage, located at http://yucaipaco.com; and a printout of the PIMCO homepage, located at http://pimco.com.  These documents were also located by my colleagues through an internet search.

23.    Attached as Exhibit V is a true and correct copy of the docket report for the *Cooper* Case.  At page 65, it shows that case was dismissed on December 13, 2010.

24.    Attached as Exhibit W is a true and correct copy of the opinion in *C & S Wholesale Grocers, Inc. v. N.E. Teamsters Pension Fund*, 4 Emp. Ben. Cas. (BNA) 1097 (D. Vt. 1982).

PETROCELLI DECLARATION IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS

1        25.    Attached as Exhibit X is a true and correct copy of the opinion in

2   *Carthage Mills Div. v. Textile Workers Pension Fund*, 4 Emp. Ben. Cas. (BNA)

3   1329 (S.D. Ohio Mar. 3, 1983).

4        26.    Attached as Exhibit Y is a true and correct copy of an email from

5   Holly Weiss to Anthony DiLello, dated September 25, 2011.

6        I declare under penalty of perjury under the laws of the United States that the

7   foregoing is true and correct and that this declaration is executed this 26th day of

8   September 2011 at Los Angeles, California.

9

10   _____

11                  Daniel M. Petrocelli

12   OMM_US:70019516.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETROCELLI DECLARATION IN SUPPORT
OF OPPOSITION TO MOTION TO DISMISS