| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com<br>MATTHEW T. KLINE (S.B. #211640) |
| 3 | mkline@omm.com<br>DAVID J. MARROSO (S.B. #211655) |
| 4 | dmarroso@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | 1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067-6035 |
| 6 | Telephone:  (310) 553-6700 |
| 7 | Facsimile:   (310) 246-6779 |
| 8 | *Attorneys for Plaintiffs Colony Capital LLC<br>and Colony Investors IV, L.P.* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY CAPITAL, LLC, a Delaware limited liability company, and  COLONY INVESTORS IV, L.P., a Delaware limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:11-cv-07235 R (AGRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Honorable Manuel L. Real |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Colony Capital, LLC, and Colony Investors IV, L.P., voluntarily dismiss the above-captioned action without prejudice. Pursuant to agreement among the parties, each party shall bear its own costs and attorneys' fees.

Dated: October 10, 2011

Respectfully Submitted,

By: /s/ Daniel Petrocelli
DANIEL M. PETROCELLI
O'MELVENY & MYERS LLP
Attorneys for Plaintiffs Colony Capital LLC and Colony Investors IV, L.P.